FILED

1  MATTHEW WOODS,

2  17125 Cholla Avenue, Hesperia, Ca (92345)

3  Choice of Council in Pro Se                                        2014 FEB 18  AM 11: 47

4                    **UNITIED STATES DISTRICT COURT**
                                                            CENTR...........  CALIF.
5                    **CENTRAL DISTRICT DIVISION TWO**
                                                         BY:

6

7  **MATTHEW WOODS**

8                                          )        State  Superior Court Case#:  CIVVS1203614

9  Plaintiff/Appellant_____  )        State Appellate CourtCase#:   E059757

10                                         )        Federal District Court Case#:  14-CV-00110(VAP)-E

11  v.                                     )

12                                         )        **NOTICE OF VOLUNTARY DISMISSAL**

13                                                  **OF CAUSES OF ACTION #8 AND #9 TO**

14  **SCE, et al**                                  **RESOLVE CONFLICTS OF LAWS**

15  Theodore F. Craver,                             **RESULTING FROM REMOVAL TO**

16  Nancy Jackson, et al                            **FEDERAL COURT, pursuant Rule41(a)(1)(A)**

17                                         )

18                                         )        Honorable Virginia A. Phillips

19  Defendant/Respondant_____  )        Notice made on February 14, 2014

20  TO THE HONORABLE COURT and to all parties, Please take note:

21  ON FEBRUARY THE 14TH DAY OF FEBRUARY, or soon thereafter, Plaintiff Voluntarily

22  removes from his first amended Complaint filed in STATE Court (CIVVS1203614) Causes

23  of Action Numbers 8 (Title 18 'RICO') and Number 9; (Title 42 'Color of Law'). This

24  resolves Conflict of Laws arising from REMOVAL from State Court. With this action,

25  COURT no longer has Subject Matter Jurisdiction of this matter and thereby justifies

26  REMAND.

27  I swear under the Oath of penalty of perjury the above is true and correct to the best of my

28  knowledge and belief under the laws of the State of California and the United States.

29                                                          2/14/2014

Mathew Woods 17125 Cholla Ave. , Hesperia California 92345

PROOF OF SERVICE BY MAIL

in the Case: Woods v. SCE (EDISON) et al. File No. CIVVS 1203614

I, THE UNDERSIGNED, DO STATE UNDER THE PENALTY OF PERJURY THAT THE FOLLOWING STATEMENT IS TRUE.

I AM OVER THE AGE OF 18, AND A CITIZEN OF THE UNITED STATES OF AMERICA, STATE OF CALIFORNIA, COUNTY OF SAN BERNARDINO and I AM NOT A PARTY TO THIS ACTION.

On Tuesday, February 15, 2014, I served the following documents by mail:


Notice of Voluntary Dismissal of Causes of Action #8 and #9


I SENT DOCUMENT TO:

**Lewis Brisbois Bisgaard & Smith  LLP**
 Richard W. Bane
650 East Hospitality Lane, Suite 600
San Bernardino, California 92408

**SCE   Patricia Ciricci**
2244 Walnut Grove Ave, Rosemead Ca 91770
**Terry Caldwell, Kennedy and Porter**
15476 Sand St. Victorville, California 92345


**Lee Tran & Lianng LLP**
K. Luan Tran
601 S. Figueroa Street, Suite 3900
Los Angeles, Californai 90017

**San Bernardino County Council**
Matthew Marnell
385 North Arrowhead Avenue, 4th Floor
San Bernardino, CA 92415


_____
Tony Tate

2/14/2014
_____
Date

17839 Triton LN Victorville CA
address:                         92392