**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MATTHEW WOODS, | ) | NO. ED CV 14-110-VAP(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| SOUTHERN CALIFORNIA EDISON COMPANY, et al., | ) | |
| Defendants. | ) | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that this federal action is dismissed without prejudice.

DATED: _April 17, 2014

*Virginia A. Phillips*

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE